JUDGE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY CHARLES BLEVELLS,<br><br>Defendants | NO. CR 08-5604RJB<br><br>~~PROPOSED~~ *RJB*<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE |

THIS MATTER comes before the court on the Motion to Continue the Sentencing Date filed by Defendant Anthony Blevells. The court, having considered the reasons for the motion, the fact that the government does not oppose the motion, and the file herein, hereby

ORDERS that Defendant Blevells' Motion to Continue the Sentencing Date is GRANTED. Mr. Blevells' sentencing is hereby scheduled for January 22, 2010 @ 10 a.m.

DATED this 6th day of November 2009.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge

Presented by:

/S/ Paula T. Olson
Paula T. Olson, WSB# 11584
Attorney for Defendant Blevells

Order re Motion to Continue Sentencing - 1

LAW OFFICE OF PAULA T. OLSON
524 Tacoma Ave So
Tacoma, WA 98402
(253) 627-1747 - Bus/(253) 627-1757 - fax