Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY CHARLES BLEVELLS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO. CR08-5604RJB-001

ORDER TO SEAL

Pursuant to CrR 32 (c)(1)(A), Local Rules W.D. Wash., the government's request that the United States' Memorandum and all responses and replies in the above-captioned matter be sealed, is hereby GRANTED.

DATED this 20th day of January, 2010.

_Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:

*s/Douglas J. Hill*
DOUGLAS J. HILL
Special Assistant United States Attorney

ORDER TO SEAL
CR08-5604RJB-001-1