Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR08-5604RJB-001 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING GOVERNMENT'S MOTION TO SEAL |
| ANTHONY CHARLES BLEVELLS, | ) | |
| Defendant. | ) | |

Pursuant to CrR 32 (c)(1)(A), Local Rules W.D. Wash., the government's request that the Government's Supplemental Response and all responses and replies in the above-captioned matter be sealed, is hereby GRANTED.

DATED this 28th day of June, 2010.

*[signature]*
Robert J Bryan
United States District Judge

Presented by:

s/ Arlen Storm
ARLEN STORM
Assistant United States Attorney

Order Granting Government's
Motion to Seal/CR08-5604RJB-001/Blevells - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800